# United States Bankruptcy Court
## Southern District of Ohio

In re  **James J. Cox**                                                                 Case No.  **15-50958**
                                    Debtor(s)                                           Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:                    **xxx-xx-6032**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **James J. Cox**

Street:          **3617 South Bank Road**

City, State and Zip:   **Millersport, OH 43046**

Telephone #:

**Please be advised that effective   August 1  , 20 16   ,**
my (our) new mailing address and telephone number is:

Name:            **James J. Cox**

Street:          **1952 Vandalia Court**

City, State and Zip:   **Columbus, OH 43223**

Telephone #:

                                                                    /s/ James J. Cox
                                                                    **James J. Cox**
                                                                    Debtor